IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-302-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| CATHY WRENCH CASHWELL, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of the defendant and for good cause shown, defendant's motion for extension of time to file pre-trial motions in the above entitled matter is granted. The time for filing pre-trial motions has been continued until November 26, 2012. Responses to motions shall be filed no later than December 3, 2012.

This 24th day of October 2012.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, N.C.
jh