IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-302-H

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.  )<br>)<br>CATHY WRENCH CASHWELL,  )<br>)<br>Defendant.  )<br>) | ORDER |

Upon the unopposed motion of the defendant and for good cause shown, the arraignment of this matter is hereby continued to this court's December 11, 2012, criminal term.

It is further ordered that any delay that results from this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

This 24th day of October 2012.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, N.C.
jh