UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-00302-H

UNITED STATES OF AMERICA

V.

ORDER

CATHY WRENCH CASHWELL

Upon motion of the defendant and for good cause shown defendant's sentencing memorandum DE #45 is hereby sealed.

This the 3rd day of September 2013.

Honorable Malcolm J. Howard
Senior United States District Judge