UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-302-1H1

UNITED STATES OF AMERICA,          )
                                   )
          v.                       )          ORDER TO SEAL
                                   )
CATHY WRENCH CASHWELL              )

Upon motion of the United States, it is hereby ORDERED that the
Government's Notice (Docket No. 49), be sealed until such time as
requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of
the Notice to the United States Attorney's Office.

This the 9th day of September 2013.

MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE