UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-302-1H1

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CATHY WRENCH CASHWELL | ) | |

Upon motion of the United States for an Order to Unseal Docket Entry No. 49, and good cause having been shown for such an Order, Docket Entry No. 49 and all attachments thereto are hereby unsealed.

This the 5TH day of December 2013.

MALCOLM J. HOWARD
Senior United States District Judge