IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-302-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | ORDER |
| CATHY WRENCH CASHWELL, | ) ) | |
| Defendant. | ) ) | |

This matter is before the court on defendant's motion for early termination of probation [DE #58]. Finding an insufficient basis for early termination of probation, defendant's motion is DENIED.

This the 12th day of June 2015.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26